# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-18-00483-CV

**In re Leon Posada**

### ORIGINAL PROCEEDING FROM HAYS COUNTY

### M E M O R A N D U M   O P I N I O N

Relator's petition for writ of mandamus is denied.  *See* Tex. R. App. P. 52.8(a).

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Pemberton and Field

Filed:   July 26, 2018